**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Marysabel Vasquez v. Wells Fargo Bank, N.A.

Appellate case number:   01-14-00088-CV

Trial court case number: 976692

Trial court:             County Civil Court at Law No. 4 of Harris County

Date motion filed:       June 20, 2014

Party filing motion:     Appellant

Appellant, Marysabel Vasquez, has filed a "Rule 38.6(d) Motion to Extend Time for Filing Appellant's Brief" in which requests an extension of time to file her appellate brief and "a rehearing of the case." We **deny** Vasquez's request for rehearing and **dismiss as moot** her request for an extension of time to file her appellant's brief.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   Acting for the Court
                   Panel consists of Justices Jennings, Higley and Sharp.

Date: August 5, 2014